UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** CAMDEN　　　　　　　　　　　　**DATE:** August 27, 2025
**MAGISTRATE JUDGE ELIZABETH A. PASCAL**
**COURT REPORTER:** DIGITALLY VIA TEAMS

**TITLE OF CASE:**　　　　　　　　　　**DOCKET#** 22-CV-749(KMW/EAP)

SEAN WASHINGTON

　　　　vs.
DETECTIVE JAMES WILSON, ET AL.

**APPEARANCES:**
Dennis Kelly, Pro Hac Vice Counsel for Plaintiff
Ryan Kelly, Esq for Defendant Detective James Wilson
Edward Frank Kuhn, III, Esq., for Defendant Gladys B. Wade

**NATURE OF PROCEEDINGS:** Show Cause Hearing
Order to Show Cause Discharged.
Order to follow.

**Time Commenced:** 1:03 p.m.
**Time Adjourned:** 1:42 p.m.
**Total Time:**　　　39 minutes

　　　　　　　　　　　　　　　　　　　s/Ivannya Fitzgerald
　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**